AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

LANCE REBERGER,

     Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:11-cv-00073-LRH-RAM**

WILLIAM K. SUTER, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

  February 9, 2011                       **LANCE S. WILSON**
                                                   Clerk

                                             /s/ Katie Lynn Ogden
                                                Deputy Clerk